**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

United States of America,

        Petitioner,                      Civil No. 07-1850 (RHK/RLE)

vs.                                    **ORDER**

Robert F. Henderson, et al.,

        Defendant.

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 7, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge