# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 07-1850 (RHK/RLE) |
| Plaintiff, | **ORDER FOR DISMISSAL OF CHISAGO COUNTY** |
| v. | |
| Robert F. Henderson, Marcia Henderson, Crow Wing County, Minnesota Department of Revenue, Bruce Weinke, Fairview Health Services, Chisago County, and TCF Savings Bank, | |
| Defendants. | |

Pursuant to the parties' Stipulation, **IT IS ORDERED** that Chisago County is

**DISMISSED WITH PREJUDICE** and without costs, expenses or attorney's fees to any party.

Dated: August 10, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge