IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Robert F. Henderson, Marcia | ) | Civil No. 07-1850 (RHK/RLE) |
| Henderson, Crow Wing County, | ) | |
| Minnesota Department of Revenue, | ) | |
| Bruce Weinke, Fairview Health | ) | |
| Services, Chisago County, and TCF | ) | |
| Savings Bank, | ) | |
| | ) | |
| Defendants. | ) | |

**Order for Dismissal of Crow Wing County**

For good cause shown, Crow Wing County is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


Dated:     8/21    , 2007              s/Richard H. Kyle
                                       The Honorable Richard Kyle
                                       United States District Judge