## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 07-1850 (RHK/RLE) |
| Plaintiff, | **ORDER FOR DISMISSAL OF FAIRVIEW HEALTH SERVICES** |
| v. | |
| Robert F. Henderson, Marcia Henderson, Crow Wing County, Minnesota Department of Revenue, Bruce Weinke, Fairview Health Services, Chisago County, and TCF Savings Bank, | |
| Defendants. | |

Pursuant to the Stipulation (Doc. No. 36), **IT IS ORDERED** that Fairview Health Services is **DISMISSED WITH PREJUDICE**, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: December 10, 2007.

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge

CASE 0:07-cv-01850-RHK-RLE   Document 40   Filed 12/10/07   Page 2 of 2