**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Civil No. 07-1850 (RHK/RLE) |
| Plaintiff, | **ORDER FOR DISMISSAL OF THE MINNESOTA DEPARTMENT OF REVENUE** |
| v. | |
| Robert F. Henderson, Marcia Henderson, Crow Wing County, Minnesota Department of Revenue, Bruce Weinke, Fairview Health Services, Chisago County, and TCF Savings Bank, | |
| Defendants. | |

---

Pursuant to the Stipulation (Doc. No. 35), **IT IS ORDERED** that the Minnesota Department of Revenue is **DISMISSED WITH PREJUDICE**, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: December 10, 2007.

                                                                     s/Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                                     United States District Judge