**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Civil No. 07-1850 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Robert F. Henderson, Marcia Henderson, Crow Wing County, Minnesota Department of Revenue, Bruce Weinke, Fairview Health Services, Chisago County, and TCF Savings Bank, | |
| Defendants. | |

---

Based on the parties Stipulation (Doc. No. 42), TCF Savings Bank is **DISMISSED WITH PREJUDICE**, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated:  December 17, 2007

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge